UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATALINA PENA,<br><br>    Plaintiffs,<br>vs.<br><br>CARA BROOKS CORPORATION DEFINED BENEFIT PENSION PLAN, an entity of unknown form; GOLD COAST, INC. D/B/A DEL MAR REALTY & INVESTMENTS, an entity of unknown form; SUNSATIONAL MORTGAGE SERVICES, INC., a California corporation, AMBASSADOR INVESTMENTS, LLC, a California Limited Liability Company; CENTRALIZED ESCROW SYSTEMS, INC., a California corporation; PREFERRED DEFAULT MANAGEMENT, INC., a California corporation; AARON PHANCO, an individual; MICHAEL A. VANNI, an individual; CHARLES REA, an individual; DANIEL PENA, an individual; AARON SELLARS, an individual; SERGIO GENNELLA, an individual; SAL TIJERINA, an individual; CHRIS WOOD, an individual; STEVE HOLMES, an individual; MOANA DIXON, an individual; DOUG PHANCO, an individual; BILL FOX, an individual; LARRY CLINTON, an individual; and DOES 1-10, inclusive<br><br>    Defendants | Case No. Case No. 09cv0720BTM (AJB)<br><br>**ORDER GRANTING JOINT MOTION/STIPULATION TO CONTINUE THE TELEPHONIC CASE MANAGEMENT CONFERENCE** |

The Court, having reviewed and considered the Joint Motion/ Stipulation To Continue The Telephonic Case Management Conference, hereby GRANTS the Joint Motion.

**IT IS HEREBY ORDERED THAT:**

The Case Management Conference currently scheduled for February 8, 2010 at 9:30 a.m. is continued to **February 12, 2010 at 9:30 a.m.**

**IT IS SO ORDER.**

DATED:   January 25, 2010

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court