# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATALINA PENA,<br><br>                     Plaintiff,<br>  v.<br><br>CARA BROOKS CORPORATION DEFINED BENEFIT PENSION PLAN, et al.<br><br>                    Defendants. | Case No. 09cv720 BTM (AJB)<br><br>**ORDER DENYING MOTION TO DISMISS** |

Defendant Jasmine Moore has filed a motion to dismiss the claims against her [Doc. 99]. She is pro se and fails to argue why the Second Amended Complaint does not state a claim. Although she says that she has "no relationship to this matter," Plaintiffs allege she received some of the money from the allegedly fraudulent loan at issue here. On a motion to dismiss, the Court must take the Plaintiffs allegations as true. *See Parks Sch. of Bus., Inc. v. Symington*, 51 F.3d 1480, 1484 (9th Cir. 1995). The Court therefore declines to dismiss the claims for an accounting, conversion and violation of the California Business & Professions Code against her.

Moore's arguments are better suited for a motion for summary judgment, not a motion to dismiss. Her motion is **DENIED.**

**IT IS SO ORDERED.**

DATED: July 7, 2010

                                                            Honorable Barry Ted Moskowitz
                                                            United States District Judge