cal_____

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CATALINA PENA, an individual, | ) | Civil No.09cv0720 BTM (AJB) |
| Plaintiff, | ) | **ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE FOR EXPERT WITNESS REPORT DISCLOSURE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 26(A)(2)(B)** |
| v. | ) | |
| CARA BROOKS CORPORATION DEFINED BENEFIT PENSION PLAN, an entity of unknown form, et al., | ) | |
| Defendants. | ) | [Doc. No. 107.] |

PLEASE TAKE NOTICE THAT the Court, having reviewed and considered the Joint Motion to Continue Deadline For Expert Witness Report Disclosure Pursuant To Federal Rules Of Civil Procedure Rule 26(A)(2)(B), hereby GRANTS the Joint Motion.

IT IS HEREBY ORDERED:

1. The date for disclosure of expert witness reports pursuant to Federal Rules Of Civil Procedure Rule 26(a)(2)(b) originally set for July 9, 2010 will be continued to **July 16, 2010.**

2. The date for supplementation of the disclosure of expert witness reports with contradictory or rebuttal evidence pursuant to Federal Rules Of Civil Procedure Rule 26(a)(2)(c) originally set for July

//
//
//
//

1  26, 2010 will be continued to **August 2, 2010**.

2      IT IS SO ORDERED.

4  DATED: July 7, 2010

                                                      _____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court