AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

CATALINA PENA, an individual

**V.**                                                    **JUDGMENT IN A CIVIL CASE**

Please see attachment

**CASE NUMBER:**   09CV0720-BTM(NLS)

|  |  |
|---|---|
| ☐ | **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |

|  |  |
|---|---|
| x | **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED that all claims in this case are Dismissed with prejudice and attorneys' fees are awarded to PLAINTIFF from PREFERRED DEFAULT MANAGEMENT, INC. in the amount of $2,800.00 and attorneys' fees are awarded to CARA BROOKS from PREFERRED DEFAULT MANAGEMENT, INC. in the amount of $880.00.

|  |  |
|---|---|
| November 28, 2011 | W. Samuel Hamrick, Jr. |
| Date | Clerk |

s/ E Silvas

(By) Deputy Clerk

ENTERED ON November 28, 2011

Attachment

CATALINA PENA, an individual

V.

CARA BROOKS CORPORATION DEFINED
BENEFIT PENSION PLAN, an entity of
unknown form; GOLD COAST, INC. D/B/A DEL
MAR REALTY & INVESTMENTS, an entity of
unknown form; SUNSATIONAL MORTGAGE
SERVICES, INC., a California corporation,
AMBASSADOR INVESTMENTS, LLC, a
California Limited Liability Company;
CENTRALIZED ESCROW SYSTEMS, INC., a
California corporation; PREFERRED DEFAULT
MANAGEMENT, INC., a California corporation;
AARON PHANCO, an individual; MICHAEL A.
VANNI, an individual; CHARLES REA, an
individual; DANIEL PENA, an individual;
AARON SELLARS, an individual SERGIO
GENNELLA, an individual; SAL TIJERINA, an
individual; CHRIS WOOD, an individual; STEVE
HOLMES, an individual; MOANA DIXON, an
individual; DOUG PHANCO, an individual; BILL
FOX, an individual; LARRY CLINTON, an
individual; and DOES 1 through 10, inclusive