# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

CATALINA PENA, an individual

                V.                     **JUDGMENT IN A CIVIL CASE**

Please see attachment

                                    **CASE NUMBER:**    09CV0720-BTM(NLS)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that all claims in this case are Dismissed with prejudice and attorneys' fees are awarded to PLAINTIFF from PREFERRED DEFAULT MANAGEMENT, INC. in the amount of $2,800.00 and attorneys' fees are awarded to CARA BROOKS from PREFERRED DEFAULT MANAGEMENT, INC. in the amount of $880.00.

| November 28, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON November 28, 2011 |

Attachment

CATALINA PENA, an individual

V.

CARA BROOKS CORPORATION DEFINED BENEFIT PENSION PLAN, an entity of unknown form; GOLD COAST, INC. D/B/A DEL MAR REALTY & INVESTMENTS, an entity of unknown form; SUNSATIONAL MORTGAGE SERVICES, INC., a California corporation, AMBASSADOR INVESTMENTS, LLC, a California Limited Liability Company; CENTRALIZED ESCROW SYSTEMS, INC., a California corporation; PREFERRED DEFAULT MANAGEMENT, INC., a California corporation; AARON PHANCO, an individual; MICHAEL A. VANNI, an individual; CHARLES REA, an individual; DANIEL PENA, an individual; AARON SELLARS, an individual SERGIO GENNELLA, an individual; SAL TIJERINA, an individual; CHRIS WOOD, an individual; STEVE HOLMES, an individual; MOANA DIXON, an individual; DOUG PHANCO, an individual; BILL FOX, an individual; LARRY CLINTON, an individual; and DOES 1 through 10, inclusive